**95–762.** Wray v. Parsson. *Lorain County,* No. 94CA005870. Reported at 73 Ohio St.3d 1413, 651 N.E.2d 1311. On motion for reconsideration. Motion denied.

**95–777.** Bishop v. Thomas Steel Strip Corp. *Trumbull County,* No. 94–T–5078. Reported at 73 Ohio St.3d 1410, 651 N.E.2d 1308. On motion for reconsideration. Motion denied.

Moyer, C.J., Wright and Cook, JJ., dissent.

**95–778.** State v. Guess. *Franklin County,* No. 94APA09–1278. Reported at 73 Ohio St.3d 1410, 651 N.E.2d 1308. On motion for reconsideration and on motion to remand. Motions denied.

**95–788.** State v. Misch. *Lucas County,* No. L–94–016. Reported at 73 Ohio St.3d 1410, 651 N.E.2d 1308. On motion for reconsideration. Motion denied.

Resnick, J., not participating.

**95–868.** State v. Mills. *Hamilton County,* No. C–930817. Reported at 73 Ohio St.3d 1411, 651 N.E.2d 1309. On motion for reconsideration. Motion denied.

**95–875.** Federated Mut. Ins. Co. v. Motorists Mut. Ins. Co. *Mercer County,* No. 10–95–3. Reported at 73 Ohio St.3d 1411, 651 N.E.2d 1309. On motion for reconsideration. Motion denied.

**95–1027.** Smith v. Zent. Reported at 73 Ohio St.3d 1409, 651 N.E.2d 1307. On motion for reconsideration. Motion denied.

**95–1187.** State ex rel. Sibley v. Spicer. In Mandamus. Reported at 73 Ohio St.3d 1423, 652 N.E.2d 796. On motion for reconsideration. Motion denied.